UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
ROGER LLANES,                                             Case No. 17-25285 AJC

    Debtor.                                                      Chapter 7
_____/

## MOTION FOR AVOIDANCE OF JUDICIAL LIEN ON EXEMPT PROPERTY

COMES NOW, the debtor, ROGER LLANES, (hereinafter referred to as "Debtor") by and through undersigned counsel and files this Motion for Avoidance of Judicial Lien on Exempt Property pursuant to 11 U.S.C. Section 522(f) and 4003 and as grounds therefore states the following:

1. Debtor filed the instant was on December 26, 2017.

2. Debtor listed a debt owed to Summit Financial Corporation now Lago Funding Corp. (hereinafter referred to as "Creditor").

3. Creditor is an unsecured creditor who holds a pre-petition Default Final Judgment against Debtor arising from the case known as <u>Lago Funding Corp., as successor for Summit Financial Corporation vs. Roger Llanes</u>, Case No: 17-008901 CC 05. The Default Final Judgment was entered on October 22, 2017 and same was recorded in the Public Records of Miami-Dade County, Florida, Official Records Book 30730 at page 4660. A copy of the Final Judgment is attached hereto as Exhibit "A".

4. The homestead property located at 11742 SW 250 Street, Miami, FL was listed as exempt in the bankruptcy schedules. Debtor claimed his homestead as exempt property on Schedule C under Fla. Const., Article X Section 4 (a) (1) and the homestead is impaired by the Default Final Judgment. The legal description of the

property is as follows: COCO PALM ESTATES, PB 171-032 T-22608, LOT 6 BLK 3, LOT SIZE 5000 SQ FT M/L, FAU 30 6925 000 0010 0011 & 0040, 0070 0071 & 30 6030 000 0090 & 0080 & 0060.

5. The Default Final Judgment impairs an exemption to which Debtor will otherwise be entitled to under the Bankruptcy Code. See In re Bradlow, 119 Bankr. 330 (Bankr. S.D. Fla. 1990); In re Calandriello, 107 Bankr. 374 (Bankr. M.D. Fla. 1989).

6. The Default Final Judgment was created and perfected after the homestead property was created.

WHEREFORE, Debtor respectfully requests that this Court enter an Order avoiding the judicial lien and declaring the property homestead exempt and whatever other relief it deems just and reasonable.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent on the 2nd da of February, 2017 via ECF to Trustee, Robert Angueira and all parties receiving electronic notice.

Respectfully submitted,

Law Offices of Emmanuel Perez
901 Ponce de Leon Blvd., Suite 101
Coral Gables, FL  33134
Tel (305) 442-7443

By:     /s/Emmanuel Perez
        Emmanuel Perez, Esquire
        FBN:  586552

CFN: 20170600956 BOOK 30730 PAGE 4660
DATE:10/25/2017 08:29:02 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE C1

IN THE COUNTY COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA
CASE NO. 2017-008901-CC-05

LAGO FUNDING CORP,
as successor in interest to Summit Financial Corporation,
    Plaintiff,
vs.

ROGER LLANES,
    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

    This action, having come before the Court upon Plaintiff's Motion for Default Final Judgment after entry of default against Defendant, and the Court being otherwise fully advised,

    IT IS ORDERED AND ADJUDGED that Plaintiff, LAGO FUNDING CORP as successor in interest to Summit Financial Corporation, 224 DATURA STREET, SUITE 209, WEST PALM BEACH FL 33401, shall recover from Defendant, ROGER LLANES, 11824 SW 152ND CT, MIAMI FL 33196-6817, (SSN \*\*\*-\*\*-3609) the sum of $7741.21 on principal, $750.00 for attorney's fees with costs in the sum of $ 473.00, and prejudgment interest in the sum of $277.00, making a total of $9241.21 that shall bear interest at the rate of 5.17% a year, for which let execution issue.

    IT IS FURTHER ORDERED AND ADJUDGED that the judgment debtor shall complete under oath Florida Rules of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditor's attorney within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

    Jurisdiction of this case is retained to enter further orders that are proper to compel the judgment debtor to complete Form 1.977, including all attachments, and serve it on the judgment creditor's attorney.

    DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 10/22/17.

*[signature]*
TERETHA LUNDY THOMAS
COUNTY COURT JUDGE

Exhibit A

CFN: 20170600956 BOOK 30730 PAGE 4661

---

**FINAL ORDERS AS TO ALL PARTIES**
**SRS DISPOSITION NUMBER   12**
THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES.

Judge's Initials   **TLT**

---

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter. The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file.

cc.   Drew Beinhaker, Esq., Attorney for Plaintiff, 3475 Sheridan Street, Suite 305, Hollywood, FL 33021.
ROGER LLANES, 11824 SW 152ND CT, MIAMI FL 33196-6817
ROGER LLANES, 2444 NW 7TH PLACE, MIAMI, FL 33127